UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MURPHY,<br><br>           Plaintiff,<br><br>      v.<br><br>FLEMING, et al.,<br><br>           Defendants. | **1:23-cv-01164-GSA-PC**<br><br>**ORDER TO EITHER:**<br><br>**(1)   SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER;**<br><br>      **OR**<br><br>**(2)   PAY $402.00 FILING FEE IN FULL**<br><br>**DEADLINE: <u>AUGUST 31, 2023</u>**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER** |

Plaintiff is a Calavares County jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 26, 2023, together with an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application was not submitted on the form used by this court for an application to proceed *in forma pauperis* **by a prisoner**.

Plaintiff shall be granted an opportunity to submit an application to proceed *in forma pauperis* **by a prisoner**.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk shall send Plaintiff an application to proceed *in forma pauperis* **by a prisoner**;

2. **On or before August 31, 2023**, Plaintiff shall either:

    (a) Submit an application to proceed *in forma pauperis* **by a prisoner** to the court**;** or

    (b) Pay the $402.00 filing fee for this action;

3. No requests for extension of time will be granted without a showing of good cause; and

4. **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **August 14, 2023**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE