UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MURPHY,<br><br>    Plaintiff,<br><br>    vs.<br><br>FLEMING, et al.,<br><br>    Defendants. | **1:23-cv-01164-ADA-GSA-PC**<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON SEPTEMBER 8, 2023**<br><br>**(ECF No. 10.)**<br><br>**ORDER RE PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41**<br><br>**(ECF No. 11.)**<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

**I.     BACKGROUND**

Douglas Murphy ("Plaintiff") is a county jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 26, 2023, at the United States District Court for the Eastern District of Pennsylvania. (ECF No. 1.) On August 4, 2023, the case was transferred to this court. (ECF No. 5.)

On September 18, 2023, Plaintiff filed a motion to voluntarily dismiss this case without prejudice, which the Court construes as a notice of voluntary dismissal under Rule 41.  (ECF No. 11.)

## II.   RULE 41

Plaintiff has a right to voluntarily dismiss this case under Rule 41 of the Federal Rules of Civil Procedure.  In Wilson v. City of San Jose, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)).  A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required.  Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice.  Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice.  Concha, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants.  Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)).  Such a dismissal leaves the parties as though no action had been brought.  Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  No defendant has filed an answer or motion for summary judgment in this case.  Therefore, Plaintiff's notice of dismissal is effective, and this case shall be closed.

In light of the fact that Plaintiff has requested voluntarily dismissal of this case, the Court shall withdraw the pending findings and recommendations to dismiss this case issued on September 8, 2023.  (ECF No. 10.)  All other pending motions shall be denied as moot.

## III.   CONCLUSION

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Court's findings and recommendations to dismiss this case, issued on September 8, 2023, are WITHDRAWN;
2. Plaintiff's notice of dismissal, filed on September 18, 2023, is effective the date the notice of dismissal was filed;
3. This case is DISMISSED in its entirety, without prejudice;

4. All other pending motions are DENIED as moot; and

5. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **September 20, 2023**                              **/s/ Gary S. Austin**
                                                                                          UNITED STATES MAGISTRATE JUDGE